NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**MARILOU M. PONGE,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

—————————

2014-3171

—————————

Petition for review of the Merit Systems Protection Board in No. SF-0842-14-0409-I-1.

—————————

**ON MOTION**

—————————

**O R D E R**

Upon consideration of Marilou M. Ponge's motion to withdraw her petition,

IT IS ORDERED THAT:

(1)  The motion is granted.  The petition is dismissed.

(2)  Each side shall bear its own costs.

2                                                PONGE v. OPM

                                 FOR THE COURT

                                 /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court

s26

ISSUED AS A MANDATE: September 11, 2014